# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SOCIETY OF THE DIVINE WORD, Chicago Province; Jerzy Jan GAWLIK, Plaintiffs<br>v.<br>Michael CHERTOFF, Secretary, Department of Homeland Security, et al., Defendants | Case Number:<br>FILED: APRIL 01, 2008<br>08CV1874     DAJ<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SOCIETY OF THE DIVINE WORD, Chicago Province; Jerzy Jan GAWLIK, Plaintiffs

| | |
|---|---|
| NAME (Type or print)<br>Scott D. Pollock | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Scott D. Pollock | |
| FIRM<br>Scott D. Pollock & Associates, P.C. | |
| STREET ADDRESS<br>105 W. Madison Street, Suite 2200 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6193289 | TELEPHONE NUMBER<br>312.444.1940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |