## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SOCIETY OF THE DIVINE WORD, Chicago Province; Jerzy Jan GAWLIK, Plaintiffs<br>v.<br>Michael CHERTOFF, Secretary, Department of Homeland Security, et al., Defendants | Case Number:<br>FILED: APRIL 01, 2008<br>08CV1874        DAJ<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SOCIETY OF THE DIVINE WORD, Chicago Province; Jerzy Jan GAWLIK, Plaintiffs

| |
|---|
| NAME (Type or print)<br>Christina J. Murdoch |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christina J. Murdoch |
| FIRM<br>Scott D. Pollock & Associates, P.C. |
| STREET ADDRESS<br>105 W. Madison Street, Suite 2200 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286927 | TELEPHONE NUMBER<br>312.444.1940 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐