UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOCIETY OF THE DIVINE WORD, ) <br> Chicago Province; Rev. Jerzy Jan ) <br> GAWLIK ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     vs. ) <br> ) <br> Michael CHERTOFF, ) <br> Secretary, Department of Homeland ) <br> Security; ) <br> Emilio T. GONZALEZ, ) <br> Director, U.S. Citizenship and ) <br> Immigration Services; ) <br> Robert S. MUELLER, III, ) <br> Director, Federal Bureau of ) <br> Investigation; and ) <br> Christina POULOS, Director, ) <br> California Service Center ) <br> ) <br>     Defendants. ) | No. 1:08-cv-1874 <br><br> MOTION TO <br> VOLUNTARILY DISMISS <br> COMPLAINT FOR MANDAMUS <br> AND OTHER RELIEF <br><br> Judge George M. Marovich |

**MOTION TO VOLUNTARILY DISMISS COMPLAINT FOR MANDAMUS AND OTHER RELIEF**

Plaintiffs, Society of the Divine Word (SVD) and Rev. Jerzy Jan Gawlik, by and through undersigned counsel, file this Motion to Voluntarily Dismiss Complaint for Mandamus and Other Relief and allege the following:

1. On April 1, 2008, plaintiffs filed a Complaint for Mandamus and Other Relief against defendants asserting that the defendants' delay in processing SVD's petition to extend Rev. Gawlik's R-1 nonimmigrant status was unlawful.

1

2. The plaintiffs' situation has changed since they filed the Complaint, and they no longer need to pursue their claims before this Court. U.S. Citizenship and Immigration Services has approved SVD's petition to extend Rev. Gawlik's R-1 status.

3. Fed. R. Civ. Pro. 41 provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action."

4. In this case, the defendants have not served an answer or a motion for summary judgment.

WHEREFORE, plaintiffs pray that this Court dismiss their Complaint for Mandamus and Other Relief.

Filed: April 8, 2008

s/Scott D. Pollock_____
Scott D. Pollock
Attorney for the Plaintiffs

Scott D. Pollock
Christina J. Murdoch
Scott D. Pollock & Associates, P.C.      s/Christina J. Murdoch_____
105 West Madison Street, Suite 2200      Christina J. Murdoch
Chicago, Illinois 60602                  Attorney for the Plaintiffs
Telephone: (312) 444-1940
Fax: (312) 444-1950

CERTIFICATE OF SERVICE

Scott D. Pollock, an attorney, hereby certifies that the foregoing Motion to Voluntarily Dismiss Complaint for Mandamus and Other Relief was served on April 8, 2008 in accordance with FED. R. CIV. PRO. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) system as to ECF filers on:

>Stacy Dezsi
>Assistant United States Attorney
>U.S. Attorneys Office
>219 S. Dearborn, 5th Floor
>Chicago, Illinois 60604
>(312) 886-9083

>s/Scott D. Pollock
>Scott D. Pollock
>Attorney for the Plaintiffs
>105 W. Madison, Suite 2200
>Chicago, Illinois 60602
>(312) 444-1940