## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1874 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Society of the Divine Word, et al. Vs. Michael Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to voluntarily dismiss complaint for mandamus and other relief [7] is granted. This case is voluntarily dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|

Case 1:08-cv-01874   Document 8   Filed 04/16/2008   Page 1 of 1

08C1874 Society of the Divine Word, et al. Vs. Michael Chertoff, et al.                               Page 1 of 1